IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRISTAN GROSS,                          *

      Plaintiff,                    *

vs.                                     *

                                 CASE NO. 5:07-CV-93 (CDL)

TOMLYN T. PRIMUS,                       *

      Defendant.                    *

                                     *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 18, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.


                                     S/Clay D. Land
                                        CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE